**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-CR-04022-BCW-1 |
| | ) | |
| ROBERT MICHAEL MATTHEWS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Willie J. Epps Jr.'s Report and Recommendation (Doc. #19) concerning Defendant's motion to dismiss the Armed Career Criminal Act component of his indictment (Doc. #15).

On April 8, 2025, Defendant was indicted on one count of Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1). (Doc. #1). On June 25, 2025, Defendant filed a motion to dismiss the Armed Career Criminal Act ("ACCA") component of his indictment, arguing he does not qualify for ACCA sentencing because his previous convictions are not violent felonies. (Doc. #15). Defendant acknowledges that his arguments are contrary to Eighth Circuit precedent but states he wishes to preserve the issue on appeal.

On July 30, 2025, Judge Epps filed the instant Report and Recommendation recommending the Court deny Defendant's motion to dismiss. (Doc. #19). The deadline to file objections has passed and Defendant has not filed any objections. The Court, after an independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendation. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation (Doc. #19) be attached to and made part of this Order. It is further

ORDERED Defendant's motion to dismiss the Armed Career Criminal Act component of his indictment (Doc. #15) is DENIED.

IT IS SO ORDERED.

Dated: August 15, 2025                     /s/ Brian C. Wimes
                                           JUDGE BRIAN C. WIMES
                                           UNITED STATES DISTRICT COURT